UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
HUDSON TECHNOLOGIES, INC.; HUDSON  :
TECHNOLOGIES COMPANY, F/K/A ASPEN  :
REFRIGERANTS, INC.                 :  Case No. 1:21-CV-00297 (JPO)
               Plaintiffs,       :
                                          :
                v.                :
                                          :
RGAS, LLC,                         :
               Defendant.        :
----------------------------------------------------------------X

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

     **PLEASE TAKE NOTICE** that Plaintiffs, Hudson Technologies, Inc. and Hudson Technologies Company, f/k/a Aspen Refrigerants, Inc. (collectively, "Hudson Plaintiffs"), by and through their undersigned attorneys, upon the accompanying Memorandum of Law, respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 56, granting Hudson Plaintiffs' Motion for Partial Summary Judgment, and for such other and further relief as the Court may deem just and appropriate; and

     **PLEASE TAKE FURTHER NOTICE** that Hudson Plaintiffs request oral argument.

Date:  February 9, 2023        **PLAINTIFFS,**

                                         **HUDSON TECHNOLOGIES, INC. AND HUDSON TECHNOLOGIES COMPANY F/K/A ASPEN REFRIGERANTS, INC.**
                                         By: */s/John M. Doroghazi*

                                         Wiggin and Dana LLP
                                         John M. Doroghazi
                                         One Century Tower
                                         P.O. Box 1832

        New Haven, Connecticut 06508-1832
        Telephone: (203) 498-4400
        Facsimile: (203) 782-2889
        jdoroghazi@wiggin.com

*Its Attorneys*

24463\23\4861-4822-0240.v1