# Exhibit 4

**Deposition Transcript of Jason Crawford**

**July 13, 2022**

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2   _____

 3
     HUDSON TECHNOLOGIES, INC.; HUDSON
 4   TECHNOLOGIES COMPANY, F/K/A ASPEN
     REFRIGERANTS, INC.,
 5
                 Plaintiffs,
 6
        v.                            Case No. 1:21-CV-00297 (JPO)
 7
     RGAS, LLC,
 8
                 Defendant
 9

10   _____

11

12

13

14

15                     Deposition of

16                     Jason Crawford

17               Wednesday, July 13, 2022

18                10:00 a.m., Central Time

19

20

21

22

23

24
     Reporter: Barbara J. Carey, RPR
25   Job No:   213562
```

```
 1                      J. Crawford
 2   of $10, does that mean the amount that you wanted Hudson
 3   to pay per pound of R22?
 4              MS. GABAY:  Objection to form.
 5         A.   Yeah, I don't recall its -- on this $10 a
 6   pound.  I don't think that's what we wanted them pay.  I
 7   don't -- as I recall, we were pricing the 22 very
 8   competitively to entice Hudson to purchase all of the
 9   material.  That was the spirit of the discussion, is for
10   Hudson to purchase all of the product.  We wanted to exit
11   the market at the time or, you know, move all our
12   inventory, so we wanted Hudson to purchase all the
13   product, not just the R22.
14         Q.   Okay.  So I think what you're saying is that
15   you priced the R22 below $10 a pound because you thought
16   that that was a competitive market prize for it?
17              MS. GABAY:  Objection to form.
18         A.   Well, I don't know that we were pricing it
19   below $10 a pound, our cost.  I'd have to -- I don't
20   recall what the assigned value of $10 a pound.  I think it
21   might have been our cost.  I'm not sure.
22         Q.   Okay.  In the next line, you said, "I think
23   this is a solid offer."
24              What did you mean by that?
25         A.   Based on what Mr. Combs wanted to accomplish
```

1               CERTIFICATE

2        I, Barbara J. Carey, Registered Professional

3   Reporter and Certified Shorthand Reporter, do hereby

4   certify that prior to the commencement of the examination,

5   Jesse Combs was duly remotely sworn by me to testify to

6   the truth, the whole truth and nothing but the truth.

7        I DO FURTHER CERTIFY that the foregoing is a

8   verbatim transcript of the testimony as taken

9   stenographically by me at the time, place and on the date

10  hereinbefore set forth, to the best of my ability.

11       I DO FURTHER CERTIFY that I am neither a

12  relative nor employee nor attorney nor counsel of any of

13  the parties to this action, and that I am neither a

14  relative nor employee of such attorney or counsel, and

15  that I am not financially interested in the action.

16  Dated: July 25, 2022

17

18

19  *[signature: Barbara J. Carey]*

20  _____

21  BARBARA J. CAREY

22  Registered Professional Reporter

23  Certified Shorthand Reporter

24  Notary Public

25  Dated:  July 25, 2022