# Exhibit 33

**RGAS invoice of compliant product at Progressive)**

**October 13, 2020**

# RGAS

2777 Allen Pkwy
Suite 1185
Houston, TX 77019
Phone: (281) 953-5550

**Invoice**

**Invoice Number**
IN000000972

**Invoice Date**
Oct 13, 2020

**Sold To:**

Aspen Refrigerants, Inc.
38-18 33rd Street
Long Island City, NY 11101-9874
US

**Ship To:**

Cust P/U @ Progressive Logistics
1908 Stout Field West Dr.
Indianapolis, IN 46241
US

Sales Order # ORD000000939

| Customer ID | Customer PO | Shipping Method | |
|---|---|---|---|
| ASP002 | 61876 | | |
| Sales Rep Name | Payment Terms | Ship Date | Due Date |
| CRA001 | NET30 | Oct13,2020 | Nov 12, 2020 |

| Qty | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0 | R404A24 | R-404A IN 24 LB CYL | 48.00 | 0.00 |
| 400 | R407A25 | R-407A IN 25 LB CYL | 51.00 | 20,400.00 |
| 13 | R407F25 | R-407F IN 25 LB CYL | 81.00 | 1,053.00 |
| 0 | R410A25 | R-410A IN 25 LB CYL | 46.50 | 0.00 |
| 13 | R421A25CHOICE | CHOICE R421A IN 25 LB CYL - W/LUBRICANT | 86.25 | 1,121.25 |
| 3 | R50725 | R-507 IN 25 LB CYL | 51.00 | 153.00 |

|  |  |
|---|---|
| Subtotal | 22,727.25 |
| Sales tax | 0.00 |
| **Total Invoice Amount (USD)** | 22,727.25 |
| Payment Received | 0.00 |
| **TOTAL AMOUNT DUE (USD)** | 22,727.25 |

***NOTE*** Please pay from this invoice.  Thank You

RGAS, LLC, 2777 Allen Parkway, Suite 1185, Houston, TX  77019          Phone: (281) 953-5550  Fax: (713) 969-4985

RGAS000579