# Exhibit 34

**BOL for compliant product at Progressive**

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.
RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

SHIP FROM 31
RGAS LLC
PROGRESSIVE LOGISTICS
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

SPECIAL INSTRUCTIONS

PAGE # 1 of 2

WHSE B/L: 513933
ARRIVE DATE: 10/13/20
SHIP DATE: 10/13/20
FREIGHT CHARGE: PREPAID

Warehouse, as Agent for the Shipper/Consignor Whose Name and Address is Shown Below
SHIP TO:
ASPEN
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

SEND FREIGHT BILL WITH COPY OF BILL OF LADING TO:
RGAS LLC
ATTN: KIM SMITH
2777 ALLEN PKWY STE 1185
HOUSTON, TX 77019

CARRIER, SHIPPERS REF. AND WHSE. B/L NO. MUST APPEAR ON ALL FREIGHT BILLS

| SHIPPERS REFERENCE NO. | ORDER DATE | ROUTE | CARRIER | SCAC |
|---|---|---|---|---|
| 939 | 10/12/20 | LTL TRUK | | |

| P.O. NUMBER | VEHICLE NO | SEALS | PRO NUMBER |
|---|---|---|---|

| APPOINTMENT # | APPT. DATE / APPT. TIME | CARRIER ARRIVAL DATE | MDSE LEAVES FACILITY DATE / TIME | DLDC / DLSC | SLSC / SLDC | VNDR SHIP POINT# |
|---|---|---|---|---|---|---|

| H/M | QUANTITY | ITEM NO. | DESCRIPTION / WHSE. LOT NO. / PRODUCTION CODE | GROSS WEIGHT | CHARGES ADVANCED |
|---|---|---|---|---|---|
| X | 400 | CYL R-407A25 | UN3338, REFRIGERANT GAS R 407A, 2.2 R-407A IN 25LB CYL 400  254908 | 13200 LBS | |
| X | 13 | EA R-407F25 | UN3163, LIQUEFIED GAS, N.O.S. (1,1,1,2-TETRAFLUOROETHANE,DIFLUOROMETHANE, PENTAFLUOROETHANE),2.2 R-407F IN 25LB CYL 13  250993 | 429 LBS | |
| X | 13 | EA R-421A25 | UN1078, REFRIGERANT GASES, N.O.S.,1,1,1 2-TETRAFLUOROETHANE, PENTAFLUOROETHANE 2.2 CHOICE R421A IN 25LB CYL -W/LUBRI 13  255555 | 429 LBS | |
| X | 3 | EA R-50725 | UN3163, LIQUEFIELD GAS N.O.S. (PENTAFLUOROETHANE,1,1,1-TRIFLUOROETHANE)2.2 R-507 IN 25LB CYL | 96 LBS | |

* * END-OF-ORDER * *

THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE
PROPERLY CLASSIFIED,DESCRIBED,PACKAGERD,MARKED,LABELED AND
ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.
AN 'X' IN THE COLUMN UNDER H/M DENOTES HAZARDOUS MATERIAL.
-----------------------------------------------------------
HAZARDOUS PRODUCTS EMERGENCY RESPONSE - FOR CHEMICAL
- - - CONTINUED ON PAGE : 2 - - -

FOR THE ACCOUNT OF: (SHIPPER/CONSIGNOR)   178   FACILITY NO:
RGAS LLC
2777 ALLEN PKWY
SUITE 1185
HOUSTON, TX 77019

Carrier Certification: Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

DATE _____ AGENT FOR _____ CARRIER _____
BY _____ AGENT OR DRIVER _____

Pallets In
Pallets Out
Initial

Pallets not returned to Warehouse within 7 days will be billed at current replacement cost.

(Signature of Consignor)

RGAS000580

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. RECEIVED subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading

SPECIAL INSTRUCTIONS:

PAGE # 2 of 2

SHIP FROM: 31
RGAS LLC
PROGRESSIVE LOGISTICS
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

WHSE B/L: 513933
ARRIVE DATE: 10/13/20
SHIP DATE: 10/13/20
FREIGHT CHARGE: PREPAID

Warehouse, as Agent for the Shipper/Consignor Whose Name and Address is Shown Below
SHIP TO:
ASPEN
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

SEND FREIGHT BILL WITH COPY OF BILL OF LADING TO:
RGAS LLC
ATTN: KIM SMITH
2777 ALLEN PKWY STE 1185
HOUSTON, TX 77019

CARRIER, SHIPPERS REF. AND WHSE B/L NO. MUST APPEAR ON ALL FREIGHT BILLS

| SHIPPERS REFERENCE NO. | ORDER DATE | ROUTE | CARRIER | | SCAC |
|---|---|---|---|---|---|
| 939 | 10/12/20 | LTL TRUK | | | |
| P.O. NUMBER | VEHICLE NO | SEALS | | PRO NUMBER | |

| APPOINTMENT # | APPT. DATE / APPT. TIME | CARRIER ARRIVAL DATE | MDSE LEAVES FACILITY DATE / TIME | DLDC ☐  SLSC ☐ / DLSC ☐  SLDC ☐ | VNDR SHIP POINT# |

| H/M | QUANTITY | ITEM NO. | DESCRIPTION / WHSE. LOT NO. / PRODUCTION CODE | GROSS WEIGHT | CHARGES ADVANCED |
|---|---|---|---|---|---|
| | | | FOR HAZARDOUS MATERIALS (OR DANGEROUS GOODS) INCIDENT SPILL, LEAK, FIRE, EXPOSURE, OR ACCIDENT CALL CHEMTREC DAY OR NIGHT WITHIN USA AND CANADA 1800-424-9300   CCN833882 | | |
| | | | ******************************************************* | | |
| | | | CYLINDERS HAND PICKED PALLETS WRAPPED | | |
| | | N.M.F.C. | | | |
| | 429 | 85880-00 | GASES, NOI, OR GAS MIXTURES, NOI, OTHER THAN FLAMMABLE OR TOXIC, SEE NOTE, ITEM 85881, IN CARGO TANKS OR STEEL CYLINDERS; SEE NOTE, ITEM 85882; OR IN CONTAINERS IN BOXES , SEE NOTE, ITEM 85883 | 14154 LBS | |
| | | | * * ORDER TOTALS * * | | |
| | 429 | | 178  FACILITY NO: CUBES:    0.00* GR WGT | 14154 LBS | |

Rec'd $ _____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid)

**Shipper Certification**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the Department of Transportation.
Per _____
Date _____

NOTE (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value for the property is specifically stated by the shipper to be not exceeding _____ per _____"
NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
Notify if problem enroute or at delivery.

**FOR FREIGHT COLLECT SHIPMENTS:**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

FOR THE ACCOUNT OF (SHIPPER/CONSIGNOR)
RGAS LLC
2777 ALLEN PKWY
SUITE 1185
HOUSTON, TX 77019

Carrier Certification
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

DATE _____   AGENT FOR _____   CARRIER _____
BY _____   AGENT OR DRIVER

(Signature of Consignor)
Pallets In _____
Pallets Out _____
Initial _____

Pallets not returned to Warehouse within 7 days will be billed at current replacement cost.

RGAS000581