# Exhibit 36

**RGAS invoice for R22 and freight for Progressive October 15, 2020**

# RGAS

2777 Allen Pkwy
Suite 1185
Houston, TX  77019
Phone: (281) 953-5550

**Invoice**

**Invoice Number**
IN000000974

**Invoice Date**
Oct 15, 2020

**Sold To:**

Aspen Refrigerants, Inc.
38-18 33rd Street
Long Island City, NY 11101-9874
US

**Ship To:**

Hudson Technologies
3402 North Mattis Ave
Champaign, IL 61822
US

Sales Order # ORD000000941

| Customer ID | Customer PO | Shipping Method |
|---|---|---|
| ASP002 | 61875 | XPO Logistics |
| **Sales Rep Name** | **Payment Terms** | **Ship Date** | **Due Date** |
| CRA001 | NET30 | Oct15,2020 | Nov 14, 2020 |

| Qty | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 353 | R2230 | R-22 IN 30 LB CYL | 280.80 | 99,122.40 |
| 1 | FREIGHT | FREIGHT | 515.00 | 515.00 |

Subtotal: 99,637.40
Sales tax: 0.00
**Total Invoice Amount (USD):** 99,637.40
Payment Received: 0.00
**TOTAL AMOUNT DUE (USD):** 99,637.40

***NOTE*** Please pay from this invoice.  Thank You

RGAS, LLC, 2777 Allen Parkway, Suite 1185, Houston, TX  77019         Phone: (281) 953-5550 Fax: (713) 969-4985

RGAS000586