# Exhibit 38

**Text message between Combs and Crawford concerning the price of R22**



RGAS000616