# Exhibit 41

**Email from Jason Crawford re Crawford to Combs, "exit the Hudson deal" and "improve pricing"**

November 11, 2020

| | |
|---|---|
| Message | |
| From: | Jason Crawford [jcrawford@rgasrefrigerants.com] |
| Sent: | 11/11/2020 3:01:44 PM |
| To: | Jesse Combs [jcombs@atomiccapital.com] |
| Subject: | Hudson RGAS Product Purchase Update |
| Attachments: | 111020 Updated inventory count for locs TX GA and LA.pdf; TEXT for R22125 cylinders.docx; TEXT for R404A and R507 cartons.docx; TEXT for R402A27 Generic from Murphy whs.docx |

Jess – As you can see by this email from Hudson there is a lot of re-labeling they believe should be done at our expense. Progressive will not be done with re-labeling their 1,400 cylinders until the end of the month. With what Hudson now wants re-labeled we will be into next year and ~$7,500 in costs; if all goes well. I suggest we exit the Hudson deal and move forward with selling the product to other parties. We should improve our overall pricing by ~$250k, if we are able to get $320 for the R22.

Hudson owes us $99,637 which is due 11/14.



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

**From:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Sent:** Tuesday, November 10, 2020 2:59 PM
**To:** Debbie Cook <dcook@atomiccapital.com>; Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Anita Hudson <Anita.Hudson@aspenrefrigerants.com>
**Subject:** RE: RGAS Product Purchase Update

Good afternoon,

Thank you for providing the current inventory count. Below you will find a summary of product by warehouse.

## **Dunavant Warehouse (Pasadena)**

Aspen will issue PO for RGAS to ship product to IL:
- R2230 (33)

Aspen will issue PO for product to ship product to GA:
- R134A125 (1) with 88 pounds

- R22125 (1) with 115 pounds – needs statement "WARNING: Contains HCFC substance which harms public health and environment by destroying ozone in the upper atmosphere."
- Ragglesticks (494)
- Empty R125 product cylinders (12)

Aspen will issue PO for the following product:
- R421A25CHOICE (27)
- R410A25 (1542)
- R134A125 (266)

*Note; product maybe be split onto several POs with different ship to locations.*

Aspen can purchase the following product if re-labeled:
- R404A24 BMP Brand (quantity?) – can accept <u>BMP Brand ONLY</u> if labeled with Federal Law Statement. Please confirm total count of BMP brand R404A24 cylinders.
- R50725 (187) – Needs to be labeled with Federal Law Statement.
- R22125 (293) – needs statement "WARNING: Contains HCFC substance which harms public health and environment by destroying ozone in the upper atmosphere."

Cannot accept:
- R404A24 – RGAS brand, missing DOT-39 markings.

## <u>Murphy Bonded (Shreveport)</u>

Aspen will issue PO for RGAS to ship product to IL:
- R2230 (3,390) – Champaign

Aspen can purchase the following product if re-labeled:
- R402A27 (quantity?) – Can accept generic brand if labeled with ozone depleting warning

Attached is the info needed on R402A27 generic brand:
- Proper shipping name – Liquefied Gas N.O.S. (Chlorodifluoromethane, Pentafluoroethane and Propane)



- Needs "Do not remove cylinder"
- Ozone depleting warning – Contains HCFC-22 a substance which harms public health and environment by destroying ozone in the upper atmosphere.

Cannot accept:
- R401B & R402A27 (Worthington) – missing DOT-39 markings

## <u>All South (Forest Park):</u>

Aspen will issue PO for RGAS to ship this product to IL:
- R2230 (60) – RGAS shipping to Champaign

Aspen will issue PO for the following product to be moved to ASPEN stock at All South:
- R421A25CHOICE (27)
- R438A 25(107)
- R50725 (8)
- R407A25 (9)

Cannot accept due to missing DOT marking:
- R404A24 (1,052)
- R407C25 (174)
- R410A25 (246)

## Progressive (Indianapolis):

Warehouse is working on re-labeling the following product:
- R404A24 (1260)
- R410A25(342)


Please let us know if the requested labeling can be completed and confirm the brand quantities where needed.

Thank you,

**Hannah Baker** | Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 | O: (800) 406-2292 Ext. 2411 | M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn



Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.


**From:** Debbie Cook <dcook@atomiccapital.com>
**Sent:** Tuesday, November 10, 2020 11:21 AM
**To:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>; Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>
**Subject:** RE: RGAS Product Purchase Update

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hannah,
Here is the updated inventory counts for TX, GA and LA.
I didn't include Progressive since we already have the PO for that site.
Please let me know if you need anything else or if you have any questions.
Thanks!

*Deb Cook*

Internal Auditor
Phone: 713.333.7518
Fax: 281.766.1899



2777 Allen Pkwy
Suite 1185
Houston TX 77019

**From:** Hannah Baker [mailto:Hannah.Baker@aspenrefrigerants.com]
**Sent:** Tuesday, November 10, 2020 9:16 AM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com>
**Subject:** RE: RGAS Product Purchase Update

Hi Jason,

I spoke to Star this morning, we are waiting for updated inventory counts from you for each location.

We did have a meeting this morning. Once we receive the updated counts I can send you a recap later today on what we know so far.

Thank you,

**Hannah Baker** | Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 | O: (800) 406-2292 Ext. 2411 | M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank You.

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Tuesday, November 10, 2020 10:03 AM
**To:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com>
**Subject:** RGAS Product Purchase Update

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Hannah – Can you let me know what the feedback is on the All South, MBW and Dunavant inventory?

Thanks,

Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/