# Exhibit 42

## RGAS invoice for relabeled product at Progressive

## November 30, 2020

**RGAS, LLC**

2777 Allen Parkway
Suite 1185
Houston, TX 77019
**Phone:**     (713) 333-7500
**Fax:**         (713) 969-4985

**Invoice**

| | Date | Page |
|---|---|---|
| | Nov 30, 2020 | 1 |
| | **Invoice Number** | |
| | IN000000988 | |

**Sold To:**

Aspen Refrigerants, Inc.
38-18 33rd Street
Long Island City, NY 11101-9874
US

**Ship To:**

Cust P/U @ Progressive Logistics
1908 Stout Field West Dr.
Indianapolis, IN 46241
US

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| ORD000000939 | Oct 12, 2020 | ASP002 | CRA001 | 61876 | | NET30 |

| Qty. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1,259.0000 | R404A24 | R-404A IN 24 LB CYL | 48.00 | EACH | 60,432.00 |
| 342.0000 | R410A25 | R-410A IN 25 LB CYL | 46.50 | EACH | 15,903.00 |

| Due Date | Amount Due | Discount Date | Disc. Amount |
|---|---|---|---|
| Dec 30, 2020 | 76,335.00 | Nov 30, 2020 | 0.00 |

**Comments:**

Tax summary:

AVATAX          0.00

| | | |
|---|---|---|
| **Subtotal** | **(USD)** | 76,335.00 |
| **Total sales tax** | | 0.00 |
| **Total amount** | | 76,335.00 |
| **Less payment** | | 0.00 |
| **Less pmt. disc** | | 0.00 |
| **Amount due** | **(USD)** | 76,335.00 |

RGAS000592