# Exhibit 43

**BOL for relabeled product at Progressive**

**ORIGINAL BILL OF LADING**
STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

| SHIP FROM: 31 | SPECIAL INSTRUCTIONS: | PAGE # 1 of 2 |
|---|---|---|

RGAS LLC
PROGRESSIVE LOGISTICS
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

WHSE B/L: 524814
ARRIVE DATE: 12/01/20
SHIP DATE: 11/30/20
FREIGHT CHARGE: PREPAID

Warehouse, as Agent for the Shipper/Consignor Whose Name and Address is Shown Below

SHIP TO:
ASPEN
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

SEND FREIGHT BILL WITH COPY OF BILL OF LADING TO:
RGAS LLC
ATTN: KIM SMITH
2777 ALLEN PKWY STE 1185
HOUSTON, TX 77019

CARRIER SHIPPERS REF AND WHSE B/L NO MUST APPEAR ON ALL FREIGHT BILLS

| SHIPPERS REFERENCE NO. | ORDER DATE | ROUTE | CARRIER | SCAC |
|---|---|---|---|---|
| 939A | 11/30/20 | LTL TRUK | | |
| P.O. NUMBER | VEHICLE NO. | SEALS | | PRO NUMBER |
| 939 | | | | |
| APPOINTMENT # | APPT DATE / APPT TIME | CARRIER ARRIVAL DATE | MDSE LEAVES FACILITY DATE / TIME | DLDC □ SLSC □ VNDR SHIP POINT# / DLSC □ SLDC □ |

| H/M | QUANTITY | ITEM NO. | DESCRIPTION / WHSE LOT NO. / PRODUCTION CODE | GROSS WEIGHT | CHARGES ADVANCED |
|---|---|---|---|---|---|
| X | 1259 EA | R-404A24 | UN3337, REFRIGERANT GAS R 404A, 2.2 R-404A IN 24LB CYL<br>114  264610<br>560  264922<br>546  265060<br>39   265558 | 40288 LBS | B<br>A<br>B |
| X | 342 EA | R-410A25 | UN3163, LIQUEFIED GAS, N.O.S., (PENTAFLUOROETHANE, DIFLUOROMETHANE) 2.2 R-410A IN 25LB CYL<br>340  264044<br>2    264901 | 11286 LBS | A |

\* \* END-OF-ORDER \* \* \*

THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE
PROPERLY CLASSIFIED, DESCRIBED, PACKAGERD, MARKED, LABELED AND
ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.
AN 'X' IN THE COLUMN UNDER H/M DENOTES HAZARDOUS MATERIAL.
--------------------------------------------------------
HAZARDOUS PRODUCTS EMERGENCY RESPONSE - FOR CHEMICAL
 FOR HAZARDOUS MATERIALS (OR DANGEROUS GOODS) INCIDENT
SPILL, LEAK, FIRE, EXPOSURE, OR ACCIDENT
CALL CHEMTREC DAY OR NIGHT WITHIN USA AND CANADA
1800-424-9300    CCN833882

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CYLINDERS HAND PICKED

- - - CONTINUED ON PAGE : 2 - - -

FOR THE ACCOUNT OF: (SHIPPER/CONSIGNOR)   178   FACILITY NO.:

RGAS LLC
2777 ALLEN PKWY
SUITE 1185
HOUSTON, TX 77019

**Carrier Certification**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

DATE _____ AGENT FOR _____ CARRIER _____
BY _____ AGENT OR DRIVER _____

Pallets In: _____
Pallets Out: _____
Initial: _____

Pallets not returned to Warehouse within 7 days will be billed at current replacement cost

RGAS000594

**ORDER BILL OF LADING**
STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

SHIP FROM: 31
SPECIAL INSTRUCTIONS
PAGE # 2 of 2

RGAS LLC
PROGRESSIVE LOGISTICS
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

WHSE B/L: 524814
ARRIVE DATE: 12/01/20
SHIP DATE: 11/30/20
FREIGHT CHARGE: PREPAID

Warehouse, as Agent for the Shipper/Consignor Whose Name and Address is Shown Below
SHIP TO:
ASPEN
4420 STOUTFIELD NORTH DRIVE
INDIANAPOLIS, IN 46241

SEND FREIGHT BILL WITH COPY OF BILL OF LADING TO:
RGAS LLC
ATTN: KIM SMITH
2777 ALLEN PKWY STE 1185
HOUSTON, TX 77019

CARRIER SHIPPERS REF. AND WHSE B/L NO. MUST APPEAR ON ALL FREIGHT BILLS

| SHIPPERS REFERENCE NO. | ORDER DATE | ROUTE | CARRIER | SCAC |
|---|---|---|---|---|
| 939A | 11/30/20 | LTL TRUK | | |

| P.O. NUMBER | VEHICLE NO. | SEALS | PRO NUMBER |
|---|---|---|---|
| 939 | | | |

| APPOINTMENT # | APPT. DATE / APPT. TIME | CARRIER ARRIVAL DATE | MDSE LEAVES FACILITY DATE / TIME | DLDC / DLSC | SLSC / SLDC | VNDR SHIP POINT # |
|---|---|---|---|---|---|---|

| H/M | QUANTITY | ITEM NO. | DESCRIPTION / WHSE. LOT NO. / PRODUCTION CODE | GROSS WEIGHT | CHARGES ADVANCED |
|---|---|---|---|---|---|
| | | PALLETS WRAPPED | | | |
| | | N.M.F.C. | | | |
| | 1601 | 85880-00 | GASES, NOI, OR GAS MIXTURES, NOI, OTHER THAN FLAMMABLE OR TOXIC, SEE NOTE, ITEM 85881, IN CARGO TANKS OR STEEL CYLINDERS; SEE NOTE, ITEM 85882; OR IN CONTAINERS IN BOXES , SEE NOTE, ITEM 85883 | 51574 LBS | |
| | | | * * ORDER TOTALS * * | | |
| | 1601 | | CUBES: 0.00* GR WGT | 51574 LBS | |

FOR THE ACCOUNT OF: (SHIPPER/CONSIGNOR) 178 FACILITY NO:

RGAS LLC
2777 ALLEN PKWY
SUITE 1185
HOUSTON, TX 77019

Carrier Certification
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

DATE _____ AGENT FOR _____ CARRIER _____
BY _____ AGENT OR DRIVER

Pallets In
Pallets Out
Initial
Pallets not returned to Warehouse within 7 days will be billed at current replacement cost.

RGAS000595