# Exhibit 48

## Product Photos



CONFIDENTIAL

HT-0000003278



CONFIDENTIAL

HT-0000003280

WC2233C

# 401B



NON-FLAMMABLE GAS

2

UN 3163

LIQUEFIED GAS, n.o.s.
(CHLORODIFLUOROMETHANE,
CHLOROTETRAFLUOROETHANE,
DIFLUOROETHANE

CAS# 75-45-6,
CAS# 75-37-6,
CAS# 2837-89-0

## 401B
NON-FLAMMABLE GAS

CYLINDER MANUFACTURED BY W...

RGAS000343



RGAS000344

RGAS000345



# 401B

INSIDE CONTAINER COMPLIES WITH PRESCRIBED SPECIFICATIONS
LE CONTENU DE L'EMBALLAGE EST CONFORME AUX NORMES PRESCRITES
ESTE CILINDRO CUMPLE CON LAS ESPECIFICACIONES REQUERIDAS POR LEY

## 30 LB. 13.6 kg

NON-RETURNABLE
EMBALLAGE PERDU
CYLINDER DESECHABLE

NON-REFILLABLE
NE PAS REUTILISER
NO RELLENABLE



**DO NOT STORE ABOVE 120°F**
**NE PAS STOCKER A PLUS DE 50°C**
**NO ALMACENARLO SOBRE 50°C**

CYLINDER MANUFACTURED BY WORTHINGTON CYLINDER

RGAS000346



RGAS000347