# Exhibit 49

**Email from Hannah Baker providing POs for acceptable product, agreement to relabel, and agreement to ship R22 from Progressive**

**October 9, 2020**

| | |
|---|---|
| **From:** | Hannah Baker <Hannah.Baker@aspenrefrigerants.com> |
| **Sent time:** | 10/09/2020 05:52:10 PM |
| **To:** | Jason Crawford <jcrawford@rgasrefrigerants.com> |
| **Cc:** | Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com> |
| **Subject:** | RE: Can we have a quick call tomorrow |
| **Attachments:** | 061875.pdf    061876.pdf |

Hi Jason,

Please see attached POs.

We will arrange the shipment of the R2230 from Progressive to our plant in Champaign, IL.

Please provide confirmation once the labeling (pictogram blank sticker cover up, DOT, and inner packaging ) of the R404A and R410A has been completed. Once we have confirmation of completion we will work with Progressive on moving the inventory under the ASPEN account at Progressive Logistics.

Thank you,

**Hannah Baker** I Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 I O: (800) 406-2292 Ext. 2411 I M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* I www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Friday, October 9, 2020 9:44 AM
**To:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com>
**Subject:** RE: Can we have a quick call tomorrow

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning Hannah – Please remove the R401B30, R402A27, and R408A24.  We will add the three labels (pictogram blank sticker cover up, DOT, and inner packaging) to the 404A and 410A.  The R22 quantity currently is 352 cylinders, please amend your PO.  Once we receive your PO for the products at Progressive we will "lock-down" the warehouse so we are not sourcing product from Progressive.



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

**From:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Sent:** Friday, October 9, 2020 8:37 AM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com>
**Subject:** RE: Can we have a quick call tomorrow

Jason,

We will send a revised PO for the product at Progressive.

I'm assuming we should include the (369) R2230 on the PO? Please confirm.

There are a few other items; R401B30, R402A27, and R408A24. I assume you are not able to re-label with Federal Law Statement so we should remove form PO. Please confirm.

| Progressive WHS | | | | | | |
|---|---|---|---|---|---|---|
| Item | R22 | R401B | R402A | R404A | R408A | R410A |
| Pictogram | Use warning label provided | Use warning label provided | Use warning label provided | Cover with white label | Use warning label provided | Cover with white label |
| Proper Shipping name | | | x | | x | |
| Federal Law statement | x | x | x | | x | |
| Do not remove cylinder | x | x | x | | x | |
| Ozone depleting warning | x | x | x | | x | |
| Inner packaging statement | x | x | x | x | x | x |
| Address & Company name | x | x | x | | x | |
| DOT-39 | x | x | | x | | x |

X = REQUIRED on cartons

Thank you,

**Hannah Baker** | Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 | O: (800) 406-2292 Ext. 2411 | M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn


Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.

---

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Thursday, October 8, 2020 3:42 PM
**To:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>; Debbie Cook <dcook@atomiccapital.com>
**Subject:** RE: Can we have a quick call tomorrow

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks Hannah – We will start the labeling of the 404A and 410A at Progressive.  Please send a PO for the 407F, 421A, 507 and 407A.

Thanks,
Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354

http://www.rgasrefrigerants.com/

---

**From:** Hannah Baker <Hannah.Baker@aspenrefrigerants.com>
**Sent:** Thursday, October 8, 2020 2:22 PM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>
**Subject:** RE: Can we have a quick call tomorrow

Good afternoon Jason,

Star is in an all-day meeting. Please see below for a summary of our revised proposal:

We are willing to purchase the following;

- R134A125 (226) – we will have to ship this product back to our plant to be properly labeled.
- R22125 (2923) – we will have to ship this product back to our plant to be properly labeled.
- R2230 (5,999) – we will have to ship this product back to our plant and empty the gas out of each cylinder.
- All domestic manufacturer brand product:
  - R407F25 (13)
  - R421A25 (67)
  - R438A25 (107)
- The balance of the inventory is subject to inspection and we will only accept product that is <u>DOT and GHS compliant</u>.
  - Based on our initial inspection, all iGas inventory is in compliance.
  - All other product that is out of compliance we cannot take.

Thank you,

**Hannah Baker** I Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 I O: (800) 406-2292 Ext. 2411 I M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* I www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn


Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.

---

**From:** Hannah Baker
**Sent:** Thursday, October 8, 2020 12:32 PM
**To:** 'Jason Crawford' <jcrawford@rgasrefrigerants.com>
**Cc:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>; Helen Munoz <Helen.Munoz@aspenrefrigerants.com>
**Subject:** RE: Can we have a quick call tomorrow

Hi Jason,

We will send a revised proposal to you today.

Star is in an all day meeting but will get back to you about the call tomorrow later today.

Thank you,

**Hannah Baker** I Purchasing Manager, ASPEN Refrigerants, Inc.
3051 Olympic Industrial Court SE | Atlanta, GA 30339 I O: (800) 406-2292 Ext. 2411 I M: (470) 723-3837
Hannah.Baker@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* I www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Follow us on Facebook and LinkedIn


Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.

---

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Thursday, October 8, 2020 11:50 AM
**To:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>

**Cc:** Helen Munoz <Helen.Munoz@aspenrefrigerants.com>
**Subject:** RE: Can we have a quick call tomorrow

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Star – When do you think you will have the revised proposal?  Will you also be sending a PO for the products at Progressive that have passed Hudson's inspection?

Thanks,
Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

**From:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>
**Sent:** Monday, October 5, 2020 8:21 PM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Cc:** Helen Munoz <Helen.Munoz@aspenrefrigerants.com>
**Subject:** Can we have a quick call tomorrow

Jason,

I'm been pretty slammed the last few work  days.  Can we plan for a quick call tomorrow? I have some time between 11:30 and 2:00 PM.  Let me know if that can work for you.

Thanks,
Star

**Star Desiderio** | Vice President of Purchasing, ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O: (718) 392-8002, ext: 2243 | M: (914) 879-3500
Star.Desiderio@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* |www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.



ASPEN Refrigerants, Inc.
38-18 33rd Street,
Long Island City, New York 11101-9874
Tel: 718-392-8002  800-4-REFRON
Fax: 718-392-8006
E-mail:
ARI.Invoices@aspenrefrigerants.com

## PURCHASE ORDER

| | |
|---|---:|
| Purchase Order No. | 061876 |
| Revision No. | 1 |
| Date | 10/9/2020 |
| Order Type | Regular Order |
| Vendor ID | V07432 |

| TO: | SHIP TO: |
|---|---|
| RGAS LLC<br>2777 ALLEN PARKWAY<br>SUITE 1185<br>HOUSTON, TX  77019 | IN4-PROGRESSIVE LOG.<br>ATTN: Aspen Refrigerants<br>4420 Stout Field N. Dr.<br>MUST MAKE DELIVERY APPOINTMENT<br>INDIANAPOLIS, IN  46241<br>(317) 204-5052 |
| SHIP FROM: | BILL TO: |
| | ASPEN Refrigerants, Inc.<br>38-18 33rd Street,<br>Long Island City, New York 11101-9874<br>Tel: 718-392-8002  800-4-REFRON<br>Fax: 718-392-8006<br>E-mail: ARI.Invoices@aspenrefrigerants.com |

PAGE  1

| F.O.B. POINT | SHIP VIA | BUYER | ENTERED BY |
|---|---|---|---|
| | | Hannah Baker | HANNA.BAKE |

| ORDER DATE | TERMS |
|---|---|
| 10/9/2020 | Net 30 |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---:|---|---|---:|---:|
| 1 | R-404A-24ASP | 1,260 | EA | 10/9/2020 | 48.00 | 60,480.00 |
| | R404A24<br>R404A 24 LB CYLINDER | | | | | |
| 2 | R-407A-25ASP | 400 | EA | 10/9/2020 | 51.00 | 20,400.00 |
| | R407A25<br>R407A 25 LB CYLINDER | | | | | |
| 3 | R-407F-25ASP | 13 | EA | 10/9/2020 | 81.00 | 1,053.00 |
| | R407F25<br>R407F 25 LB CYL REFRIGERANT | | | | | |
| 4 | R-410A-25ASP | 342 | EA | 10/9/2020 | 46.50 | 15,903.00 |
| | R410A25<br>R410A 25 LB CYLINDER | | | | | |
| 5 | R-421A-25ASP | 13 | EA | 10/9/2020 | 86.25 | 1,121.25 |
| | R421A25<br>R421A 25 LB CYLINDER | | | | | |
| 6 | R-5072-5ASP | 3 | EA | 10/9/2020 | 51.00 | 153.00 |
| | R50725<br>R507 25 LB CYLINDER | | | | | |

Portion of PO - STAR_VERBAL

Inventory from Progressive Logistics in Indianapolis.

PO 2 of 2.

RGAS will add the three labels (pictogram blank sticker cover up, DOT, and inner packaging) to the 404A and 410A.

| | TOTAL | 99,110.25 |
|---|---|---:|

CONFIDENTIAL     HT-0000001085



| | |
|---|---|
| | **PURCHASE ORDER** |
| | Purchase Order No.  061875 |
| | Revision No.  1 |
| | Date  10/9/2020 |
| | Order Type  Regular Order |
| | Vendor ID  V07432 |

| TO: | SHIP TO: |
|---|---|
| RGAS LLC<br>2777 ALLEN PARKWAY<br>SUITE 1185<br>HOUSTON, TX  77019 | HUDSON TECHNOLOGIES<br>3402 North Mattis Avenue<br>Champaign, IL  61822<br>(217) 373-1414 |
| **SHIP FROM:** | **BILL TO:** |
| -<br>-<br>- | Hudson Technologies Company<br>PO Box 1541<br>One Blue Hill Plaza<br>14th Floor<br>Pearl River, NY  10965 |

PAGE  1

| F.O.B. POINT | SHIP VIA | BUYER | ENTERED BY |
|---|---|---|---|
| | | Hannah Baker | HANNA.BAKE |
| **ORDER DATE** | | **TERMS** | |
| 10/9/2020 | | Net 30 | |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 1 | R-2230-ASP<br>R2230<br>R22 30 LB CYLINDER | 352 | EA | 10/9/2020 | 280.80 | 98,841.60 |

Portion of PO - STAR_VERBAL

Inventory from Progressive Logistics in Indianapolis.

PO 1 of 2.

| | TOTAL | 98,841.60 |
|---|---|---|

CONFIDENTIAL

HT-0000001086