# Exhibit 50

**Email from Jay Kestenbaum re old packaging is a concern**

**September 17, 2020**

| | |
|---|---|
| **From:** | Jay Kestenbaum |
| **Sent time:** | 09/17/2020 04:54:54 PM |
| **To:** | Star Desiderio |
| **Subject:** | RE: RGAS Inventory |

Thanks that's especially scary because it could be very old and weird package or markings..
Thanks
Jay

**Jay Kestenbaum** .| Sr. VP Sales & Purchasing | ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O:718-392-8002 Ext: 2202
Jay.Kestenbaum@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank You.

**From:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>
**Sent:** Thursday, September 17, 2020 4:45 PM
**To:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Subject:** RE: RGAS Inventory

Thanks. I'll ask for the Shreveport info too.

Star

**Star Desiderio** | Vice President of Purchasing, ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O: (718) 392-8002, ext: 2243 | M: (914) 879-3500
Star.Desiderio@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank You.

**From:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Sent:** Thursday, September 17, 2020 4:15 PM
**To:** Star Desiderio <Star.Desiderio@aspenrefrigerants.com>
**Subject:** FW: RGAS Inventory

Fyi..the attached is the info of what is in each warehouse..
Most of the R22 is in Shreveport..

**Jay Kestenbaum** .| Sr. VP Sales & Purchasing | ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O:718-392-8002 Ext: 2202
Jay.Kestenbaum@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank You.

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Thursday, August 27, 2020 5:06 PM
**To:** Star Baccari <Star.Baccari@aspenrefrigerants.com>; Brian Coleman <BColeman@hudsontech.com>
**Cc:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Subject:** RE: RGAS Inventory

Hi Star – Answers to your questions are below. Inventory item quantity by location are broken out on the attached along with corresponding warehouse locations.

Thanks,
Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

---

**From:** Star Baccari <Star.Baccari@aspenrefrigerants.com>
**Sent:** Thursday, August 27, 2020 2:57 PM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>; Brian Coleman <BColeman@hudsontech.com>
**Cc:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Subject:** RE: RGAS Inventory

Jason,

We have some additional questions, after reviewing your items on the first attachment.

1. What is the plan for cylinders with deposits (125#). Is it RGAS' expectation to get empty cylinders back or are we to bid including the cylinder? *We would like for the winning bidder to purchase the 125# cylinders and will have no use for them once emptied. The 125# cylinders are new (1 fill); price per cylinder: $110.*
2. We understand that R407F and R438A are patented products by Honeywell and Chemours respectively, can you confirm that these items are their brands and not the brand you listed below or other brands? *Confirmed Honeywell and Chemours brand*
3. Also attached are emails regarding the warranty for defective cylinders. Your recommendation was 90 days, which we believe is unreasonable based on the amount of product the successful bidder will be taking. We recommend at least 12 months. Should we include this recommendation in our final bid? *Yes please.*
4. Can you provide us with a total quantity, per item, stored at your listed locations (include City name) so that we can estimate our freight? Example (below)

| R421A25CHOICE | 67 | Indianapolis, Houston, Georgia | 25lb disposables |
|---|---|---|---|
| Breakdown | | | |
| R421A25CHOICE | 10 | Indianapolis | 25lb disposables |
| R421A25CHOICE | 15 | Houston | 25lb disposables |
| R421A25CHOICE | 42 | Georgia (include City) | 25lb disposables |

Please get back to us as soon as possible so that we can prepare our bid to meet you deadline of 8/31/20.

Thanks,
Star

**Star Baccari** | Vice President of Purchasing, ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O: (718) 392-8002, ext: 2243 | M: (914) 879-3500
Star.Baccari@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank You.

---

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Monday, August 17, 2020 10:52 AM
**To:** Star Baccari <Star.Baccari@aspenrefrigerants.com>; Brian Coleman <BColeman@hudsontech.com>
**Cc:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Subject:** RE: RGAS Inventory

Star, here are the answers to your questions:

1. Bids are due COB 8/31/20
2. Winning bid expected to be awarded 9/7/20

3. Branding on packaging is a mix of Coolgas, RGAS, and generic
4. Bid is for FOB RGAS warehouse located in Houston (Dunavant), Georgia (DC Logistics) and Indianapolis (Progressive)
5. Terms are pre-pay but if extended terms are preferred bid accordingly
6. This is an all or none bid as we wish to exit our inventory position completely

Thank you, have a great week.

-Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

---

**From:** Star Baccari <Star.Baccari@aspenrefrigerants.com>
**Sent:** Friday, August 14, 2020 12:40 PM
**To:** Jason Crawford <jcrawford@rgasrefrigerants.com>; Brian Coleman <BColeman@hudsontech.com>
**Cc:** Jay Kestenbaum <Jay.Kestenbaum@aspenrefrigerants.com>
**Subject:** RGAS Inventory

Jason,

Thank you for including us in this request for quotation.  We have a few question that we would like to ask to get a better idea so we can prepare the quote properly:

When is the bid due?
What is timing of award and shipping expectation for any product awarded?
What brand or markings are on all of the product?
Is delivery included, and would that be generally in  full T/L can it be half T/l and we assume it would be to anywhere in the US?
Please confirm that Net 30 days is acceptable for payment.
How long will RGAS warranty the product for any defectives, leakers etc.
Are you only allowing bids for a total of all the products or can we quote on individual or groups of items?

Please let us know as soon as possible so we can prepare quotation, and please let us know what is the due date for accepting bids.

Thank you,

Star
**Star Baccari** | Vice President of Purchasing, ASPEN Refrigerants, Inc.
38-18 33rd Street | Long Island City, NY 11101 | O: (718) 392-8002, ext: 2243 | M: (914) 879-3500
Star.Baccari@aspenrefrigerants.com
*Any Refrigerant, Any Place, Any Time* | www.aspenrefrigerants.com
NOTE: New email address and phone extension. Please update your records.
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.  Thank You.

---

**From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
**Sent:** Monday, August 10, 2020 10:21 AM
**To:** Brian Coleman <BColeman@hudsontech.com>; Star Baccari <Star.Baccari@aspenrefrigerants.com>
**Subject:** RE: RGAS Inventory

Hi Brian – RGAS doesn't intend to continue to sell refrigerants within the US market after we sell our remaining stockpile, however we will not enter into a transaction which restricts us from being able to supply refrigerants in the US at any time in the future if our plans change.

Thanks,
Jason



Jason M Crawford
President

Mobile: 936-520-4097
Office: 281-953-5551
JCrawford@RGASrefrigerants.com

32731 Egypt Lane, Suite 101
Magnolia, Texas 77354
http://www.rgasrefrigerants.com/

**From:** Brian Coleman <BColeman@hudsontech.com>
**Sent:** Saturday, August 8, 2020 7:48 PM
**To:** Star Baccari <Star.Baccari@aspenrefrigerants.com>; Jason Crawford <jcrawford@rgasrefrigerants.com>
**Subject:** Fwd: RGAS Inventory

Star, see below.

Jason,
Please confirm that upon the completion of this transaction that Rgas is not expecting to continue to sell refrigerants within the US markets.
Best regards,
Brian

Sent from my iPad

Begin forwarded message:

> **From:** Jason Crawford <jcrawford@rgasrefrigerants.com>
> **Date:** 7 August 2020 at 15:18:22 GMT-4
> **To:** Brian Coleman <BColeman@hudsontech.com>
> **Subject: RGAS Inventory**
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> Hi Brian – Attached is a listing of RGAS' total inventory.  Please review and let me know what you would offer.
>
> Thanks,
> Jason