UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON TECHNOLOGIES, INC.;<br>HUDSON TECHNOLOGIES COMPANY,<br>F/K/A ASPEN REFRIGERANTS, INC.<br><br>       Plaintiffs,<br><br>  -against-<br><br>RGAS, LLC,<br><br>       Defendant. | Civil Action No.: 1:21-cv-00297 (JPO)<br><br>**DEFENDANT RGAS, LLC'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |

  **PLEASE TAKE NOTICE** that Defendant RGAS, LLC ("RGAS") by its undersigned attorneys and upon the accompanying Memorandum of Law, Counterstatement of Material Facts, and Declaration of Jenna Z. Gabay, respectfully moves this Court before the Honorable J. Paul Oetken, U.S.D.J., at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order granting RGAS's Cross-Motion for Summary Judgment, and for such other and further relief as the Court may deem just and appropriate.

  **PLEASE TAKE FURTHER NOTICE** that RGAS requests oral argument if this motion is opposed.

Dated: March 7, 2023           Respectfully submitted,

                 By: */s/ Jenna Z. Gabay*
                 Jenna Z. Gabay, Esq.
                 Gregory D. Miller, Esq.
                 **RIVKIN RADLER LLP**
                 25 Main Street, Suite 501
                 Court Plaza North
                 Hackensack, NJ 07601

Telephone: (201) 287-2460
Facsimile: (201) 489-0495
Jenna.gabay@rivkin.com

- and -

477 Madison Avenue
New York, New York 10022
Telephone: (212) 455-9555
Facsimile: (212) 687-9044

*Attorneys for Defendant, RGAS, LLC*

6188641.v1